UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TEXAS

No. 6:20-cv-00370

**Armando Sanchez,**
*Plaintiff,*

v.

**City of Longview, et al.,**
*Defendants.*

## ORDER

Plaintiff Armando Sanchez, an inmate confined at the Gregg County Jail, proceeding pro se, filed the above-styled and numbered civil rights lawsuit pursuant to title 42 U.S.C. § 1983. The complaint was referred to United States Magistrate Judge K. Nicole Mitchell, who issued a report and recommendation (Doc. 5) concluding that plaintiff's lawsuit should be dismissed without prejudice. Plaintiff did not object to the magistrate judge's findings and recommendations.

Having reviewed the magistrate judge's report and recommendation, and being satisfied that it contains no clear error, the court **accepts** its findings and recommendations. The court orders that plaintiff's complaint is **dismissed without prejudice**. Any motion which may be pending in this action is hereby **denied**. The clerk is **directed** to close the case.

*So ordered by the court on October 23, 2020.*

J. CAMPBELL BARKER
United States District Judge